**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MIDFIRST BANK, | ) |
| | ) |
| PLAINTIFF, | ) NO.10-cv-822-JPG-PMF |
| | ) |
| VS. | ) |
| | ) |
| ALAN WOODROW; SECRETARY OF HOUSING AND | ) |
| URBAN DEVELOPMENT; UNITED STATES OF | ) |
| AMERICA;  UNKNOWN HEIRS AND LEGATEES OF | ) |
| ALAN L WOODROW, IF ANY; UNKNOWN OWNERS | ) |
| AND NON RECORD CLAIMANTS; | ) |
| | ) |
| DEFENDANTS. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Midfirst

Bank's motion to dismiss defendants Unknown Heirs and Legatees

of Alan L. Woodrow and Unknown Owners and Non-Record Claimants

(Doc. 17).  The Court construes this as a notice of dismissal

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action

against a party without a court order at any time before the

opposing party serves an answer or a motion for summary

judgment.  The defendants sought to be dismissed have not served

an answer or motion for summary judgment in this case.  Because

the plaintiff has an absolute right to dismiss those defendants

at the present time, the Court finds that the plaintiff's claims

against defendants Unknown Heirs and Legatees of Alan L. Woodrow

and Unknown Owners and Non-Record Claimants are **DISMISSED**

**without prejudice** and **DIRECTS** the Clerk of Court to enter

judgment accordingly at the close of the case.  The motion to

dismiss (Doc. 17) is rendered **MOOT** by this order.

**IT IS SO ORDERED:**
**Date:  October 7, 2011**          s/J. Phil Gilbert
                                    **J. Phil Gilbert**
                                    **United States District Judge**