```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

MIDFIRST BANK,                                    )
                                                  )
                                    PLAINTIFF,    )   NO.  10-cv-822-JPG-PMF
                                                  )
                VS                                )
                                                  )
ALAN L. WOODROW, SECRETARY OF HOUSING AND         )
URBAN DEVELOPMENT, UNITED STATES OF               )
AMERICA,  UNKNOWN HEIRS AND LEGATEES OF           )
ALAN L WOODROW, IF ANY, UNKNOWN OWNERS            )
AND NON RECORD CLAIMANTS,                         )
                                                  )
                                    DEFENDANTS.   )

## RULE 54(B) JUDGMENT

This matter having come before the Court, plaintiff Midfirst Bank and defendants United States of America and Secretary of Housing and Urban Development having settled the claim between them, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States of America and Secretary of Housing and Urban Development,

IT IS HEREBY ORDERED AND ADJUDGED that the claim of plaintiff Midfirst Bank against defendants United States of America and Secretary of Housing and Urban Development is dismissed without prejudice.

The remainder of this case is remanded to the Circuit Court of the Second Judicial Circuit, Fairfield County, Illinois, for all further proceedings.

**DATED: November 17, 2011**         NANCY J. ROSENSTENGEL,
                                     Clerk of Court

                                     **s/ Jina Hoyt, Deputy Clerk**


**Approved:** s/J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**